DUNN, Respondent, v. LIPPARD–STEWART MOTOR CAR CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1914.) Action by John P. Dunn against the Lippard-Stewart Motor Car Company. No opinion. Judgment affirmed, with costs. For opinion below, see 144 N. Y. Supp. 349.

D'UTASSY v. MALLORY S. S. Co. (Supreme Court, Appellate Division, First Department. June 5, 1914.) Action by Leo L. D'Utassy against the Mallory Steamship Company. No opinion. Motion granted. Question certified. Order filed. See, also, 147 N. Y. Supp. 313.

EBSART FIREPROOFING & GYPSUM BLOCK CO., Appellant, v. B. F. STURTEVANT CO., Respondent. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by the Ebsart Fireproofing & Gypsum Block Company against the B. F. Sturtevant Company. Edo E. Mercelis, of New York City, for appellant. Louis L. Kahn, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ECKERT v. TRUMAN. (Supreme Court, Appellate Division, Second Department. June 5, 1914.) Action by Claudine Eckert against Clara M. Truman, and George D. Nowland, defendant. No opinion. Judgment affirmed, with costs. See, also, 161 App. Div. 945, 146 N. Y. Supp. 1089.

EDWARDS, Respondent, v. MORGAN, Appellant. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by James Edwards against Reginald H. Morgan, Jr. B. P. Kerfoot, of New York City, for appellant. E. A. Bates, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

EISENBACH v. MUTUAL LIFE INS. CO. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by Henrietta Eisenbach against the Mutual Life Insurance Company. No opinion. Motion granted. Questions certified. Order filed. See, also, 147 N. Y. Supp. 962.

In re ELDRED. (Supreme Court, Appellate Division, Fourth Department. July 7, 1914.) In the matter of the judicial settlement of the accounts of Nelson B. Eldred, as executor, etc., of Katherine R. Beardsley, deceased. No opinion. Decree affirmed, with costs to each party appearing by separate attorneys, payable out of the estate.

ELLIOTT, Respondent, v. NILES et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 5, 1914.) Action by Ella Pearl Elliott, as executrix, etc., against William W. Niles and another, etc. No opinion. Motion denied, without costs. See, also, 147 N. Y. Supp. 1109.

ENGLISH v. NEW YORK, N. H. & H. R. CO. (Supreme Court, Appellate Division, First Department. June 5, 1914.) Action by Celia E. English, as administratrix, against the New York, New Haven & Hartford Railroad Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 161 App. Div. 831, 146 N. Y. Supp. 963.

In re EQUITABLE TRUST CO. OF NEW YORK. (Supreme Court, Appellate Division, First Department. June 26, 1914.) In the matter of the Equitable Trust Company of New York, as executor, etc., of Josephine B. Chambers, deceased. No opinion. Decree reversed, on authority of Matter of Osborne, 209 N. Y. 450, 103 N. E. 723, 823, and proceedings remitted to surrogate for final decree in accordance with that opinion, with costs to appellant payable out of the estate.

E. REGENSBURG & SONS v. ROSENTHAL. (Supreme Court, Appellate Division, First Department. July 10, 1914.) Action by E. Regensburg & Sons against Harris L. Rosenthal. No opinion. Application denied, with $10 costs. Order signed.

ESPERT, Respondent, v. PERRY, Appellant. (Supreme Court, Appellate Division, First Department. June 26, 1914.) Action by Michael Espert against Eugene F. Perry, as attorney, etc. W. B. Ellison, of New York City, for appellant. F. R. Coudert, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

EVANS, Respondent, v. RUBBER GOODS MFG. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by William A. Evans, as trustee, etc., against the Rubber Goods Manufacturing Company. Henry F. Wolff, of New York City, for appellant. Gilbert H. Montague, of New York City, for respondent. No opinion. Order affirmed with $10 costs and disbursements. Order filed.

FABER, Respondent, v. GREENE, Appellant. (Supreme Court, Appellate Division, Second Department. May 29, 1914.) Action by Leander B. Faber, as receiver, etc., against Everett Greene. No opinion. Judgment and order affirmed, with costs. See, also, 147 N. Y. Supp. 1109.

FACTORS' FIRE INS. CO., Appellant, v. WHILDEN et al., Respondents. (Supreme Court, Appellate Division, First Department. June 26, 1914.) Action by the Factors' Fire Insurance Company against William J. Whilden and others. A. W. Otis, of New York City, for appellant. J. Z. Lowe, Jr., of New York City, for respondents. No opinion. Judgment affirmed, with costs, with leave to plaintiff to serve amended complaint, on payment of costs in this court and in the court below. Order filed.